IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

LATYSHA ROSHUN SMITH                                                                    PLAINTIFF

v.                                        Case No. 1:13-cv-01079

CAROLYN COLVIN, Comissioner,
Social Security Administration                                                          DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed October 10, 2014, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 11. Judge Bryant recommends that the Administrative Law Judge's decision, denying benefits to Plaintiff in the above-styled case be affirmed, as the decision is supported by substantial evidence in the record. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. The decision of the ALJ to deny Plaintiff benefits is AFFIRMED.

**IT IS SO ORDERED**, this 29th day of October, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge